HENRI E. NORRIS, ESQ, DC Bar# 370646
GEORGE HOLLAND Jr. ESQ SB#216735
**HOLLAND LAW FIRM**
1970 Broadway, Suite 1030
Oakland, CA 94612
Telephone (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

LETICIA B. RAMOS

Debtor

Case No. 10-30461
CHAPTER 7

**(PROPOSED) ORDER**

DATE:
TIME:
CRTRM:

For GOOD CAUSE APPEARING:

The Court hereby VACATES AND SETS ASIDE the Order dated March 26, 2010 dismissing the Debtor's Chapter 7 Petition.

DATED:

JUDGE OF THE UNITED STATES
BANKRUPTCY COURT

**END OF ORDER**