HENRI E. NORRIS, ESQ, DC Bar# 370646
GEORGE HOLLAND Jr. ESQ SB#216735
**HOLLAND LAW FIRM**
1970 Broadway, Suite 1030
Oakland, CA 94612
Telephone (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

IN RE: ) Case No. 10-30461
) CHAPTER 7
)
LETICIA B. RAMOS )
)
Debtor ) **(PROPOSED) ORDER**
)
) DATE:
) TIME:
) CRTRM:
)
)
)

For GOOD CAUSE APPEARING:

The Court hereby VACATES AND SETS ASIDE the Order dated March 26, 2010 dismissing the Debtor's Chapter 7 Petition.

DATED:

JUDGE OF THE UNITED STATES
BANKRUPTCY COURT

**END OF ORDER**